1  Richard R. Barker
   Acting United States Attorney
2  Eastern District of Washington
   Brandon L. Pang
3  Assistant United States Attorneys
   Post Office Box 1494
4  Spokane, WA 99210-1494
   Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 11 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

　　　　　　　　Plaintiff,

　　　　v.

FRANCISCO FIGUEROA,
BENJAMIN MACHADO-GOMEZ, and
PEDRO MACHADO-GOMEZ,

　　　　　　　　Defendants.

4:25-CR-6005-MKD

INDICTMENT

Vio.: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), 846,
Conspiracy to Distribute 400 Grams or More of Fentanyl
(Count 1)

21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846,
Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine
(Count 2)

21 U.S.C. § 841(a)(1), (b)(1)(B)(vi)
Distribution of 40 Grams or More of Fentanyl
(Counts 3-5)

21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)
Distribution of 50 Grams or More of Actual (Pure) Methamphetamine
(Count 6)

INDICTMENT – 1

21 U.S.C. § 853
Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

Beginning on a date unknown, but by on or about November 1, 2024, and continuing to February 1, 2025, in the Eastern District of Washington and elsewhere, the Defendants, FRANCISCO FIGUEROA, BENJAMIN MACHADO-GOMEZ and PEDRO MACHADO-GOMEZ, and other individuals both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi), all in violation of 21 U.S.C. § 846.

## COUNT 2

Beginning on a date unknown, but by on or about November 1, 2024, and continuing to February 1, 2025, in the Eastern District of Washington and elsewhere, the Defendants, BENJAMIN MACHADO-GOMEZ and PEDRO MACHADO-GOMEZ, and other individuals both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of 50

INDICTMENT – 2

1  grams or more of actual (pure) methamphetamine, a Schedule II controlled

2  substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), all in violation of

3  21 U.S.C. § 846.

## COUNT 3

On or about November 20, 2024, in the Eastern District of Washington, the Defendants, FRANCISCO FIGUEROA and BENJAMIN MACHADO-GOMEZ, did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## COUNT 4

On or about December 5, 2024, in the Eastern District of Washington, the Defendants, FRANCISCO FIGUEROA and BENJAMIN MACHADO-GOMEZ, did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## COUNT 5

On or about January 17, 2025, in the Eastern District of Washington, the Defendants, BENJAMIN MACHADO-GOMEZ and PEDRO MACHADO-

INDICTMENT – 3

GOMEZ, did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## COUNT 6

On or about January 17, 2025, in the Eastern District of Washington, the Defendants, BENJAMIN MACHADO-GOMEZ and PEDRO MACHADO-GOMEZ, did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 841, 846, and/or 18 U.S.C. § 841, as set forth in this Indictment, the Defendants, FRANCISCO FIGUEROA, BENJAMIN MACHADO-GOMEZ and PEDRO MACHADO-GOMEZ, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

INDICTMENT – 4

If any forfeitable property, as a result of any act or omission of the Defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this \_\_11\_\_ day of February 2025.

A TRUE BILL

*[signature redacted]*
Foreperson

*Rich Barker* (signature)
Richard R. Barker
Acting United States Attorney

*[signature]*
Brandon L. Pang
Assistant United States Attorney

INDICTMENT – 5