AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 20, 2025**

SEAN F. McAVOY, CLERK

United States of America
v.
PEDRO MACHADO-GOMEZ

*Defendant*

Case No. 4:25-CR-6005-MKD-3

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  PEDRO MACHADO-GOMEZ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi); 846  Conspiracy to Distribute 400 Grams or More of Fentanyl;
Count 2 - 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 846  Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine;
Count 5 - 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi)  Distribution of 40 Grams or More of Fentanyl; and
Coun 6 - 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)  Distribution of 50 Grams or More of Actual (Pure) Methamphetamine

Date: Feb 11, 2025, 2:48 pm

*Issuing officer's signature*

City and state:  Richland, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/11/25, and the person was arrested on *(date)* 2/18/25
at *(city and state)* Richland, WA.

Date: 2/18/25

Arrested within the E/WA
By: USMS
(Agency) *Arresting officer's signature*
Executed On: 2/18/25
Sign: Magan L. Schraver, USMS
*Printed name and title*