# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
### Richland

**USA v. PEDRO MACHADO-GOMEZ**   Case No.  4:25-CR-6005-MKD-3

**Detention Hearing:**   02/25/2025

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy | ☒ | Brandon Pang, US Atty |
| | | ☒ | Robin Emmans, Defense Atty |
| ☒ | Araceli Mendoza, US Probation / Pretrial Services (tele) | ☒ | Interpreter - Natalia Rivera (video) |
| ☒ | Defendant present ☒ in custody USM | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☒ | Waiver of Detention |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

Colloquy between Court and Defendant regarding waiving his detention hearing today.

**Detention hearing waived by Defendant; subject to right to return before the Court should circumstances change.**

All parties agree.

**The Court ordered:**
1. USA's Motion for Detention is **granted**; subject to right to return before the Court should circumstances change.
2. That there is no combination of conditions to assure the Defendant's appearance as required or conditions to ensure that Defendant is not a danger to the community.
3. Defendant shall be detained by the U.S. Marshal until further order of the Court.